**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN THE MATTER OF:** | **CASE NO. 2:24-MJ-113** |
| **SEARCH AND SEIZURE WARRANTS, APPLICATIONS, PEN REGISTERS, AND NON-DISCLOSURE ORDERS** | **MAGISTRATE JUDGE JOLSON** |

**MOTION TO UNSEAL SEARCH AND SEISURE WARRANT,**
**APPLICATIONS, PEN REGISTERS AND**
**NON-DISCLOSURES ORDERS WITH REDACTIONS**

The United States of America, by and through undersigned counsel, respectfully requests that the above captioned case be unsealed in part.

The undersigned counsel has reviewed the materials filed in this matter consistent with Southern District of Ohio General Order 23-03 (dated August 28, 2023) and submits that the unsealing of documents in this case will not disclose the identities of minors, victims, or cooperating individuals. However, the United States asserts that the application and order contain personally identifiable information. Therefore, the United States respectfully requests that the application, search warrant, and return (Docs. 1 and 2) be permanently sealed along with all motions and orders to seal previously submitted and issued in this case.

The United States also hereby submits versions of these documents, attached hereto as Exhibits A, B, and C, which have been redacted and that can be filed on the unsealed, public docket for this matter.

Respectfully submitted,

KENNETH L. PARKER
United States Attorney


s/ Damoun Delaviz
DAMOUN DELAVIZ (PA 309631)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Office: (614) 469-5715
Email: damoun.delaviz@usdoj.gov